An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GENENTECH, INC., A DELAWARE
CORPORATION; AND F. HOFFMANN-
LA ROCHE LTD., A SWISS
CORPORATION,
Appellants,
vs.
PDL BIOPHARMA, INC., A DELAWARE
CORPORATION,
Respondent.

No. 63111

**FILED**

JUN 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Appellants' motion to voluntarily dismiss this appeal, with the parties to bear their own costs and attorney fees, is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. David A. Hardy, District Judge
Williams & Connolly LLP
Lewis & Roca, LLP/Las Vegas
Lionel Sawyer & Collins/Reno
Irell & Manella, LLP
Parsons Behle & Latimer/Reno
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17005